IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MONTARIAL WESLEY | § | |
| VS. | § | CIVIL ACTION NO.   1:18-CV-22 |
| WARDEN LEWIS | § | |

### MEMORANDUM ORDER OVERRULING PETITIONER'S OBJECTIONS AND THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Montarial Wesley, a prisoner previously confined at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends denying the petition.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and the pleadings. The petitioner filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration of all the pleadings and the relevant case law, the court concludes that the petitioner's objections lack merit.

## ORDER

Accordingly, the petitioner's objections (document no. 15) are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate

judge (document no. 14) is **ADOPTED**. A final judgment will be entered in accordance with this Memorandum Order.

    **SIGNED** this the 3 day of **February, 2021.**

                                            _____
                                            Thad Heartfield
                                            United States District Judge